KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

KIRSTIN M. AULT (CSBN 206052)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3705
   Fax: (510) 637-3724

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RYAN CARROLL, ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) | No.   CR 05-00231 MJJ <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MAY 19, 2005 TO JULY 28, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an appearance date of July 28, 2005 at 2:00 p.m. before the Honorable Martin J. Jenkins for change of plea or trial setting, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 19, 2005 to July 28, 2005. The parties agree, and the Court finds and holds, as follows:

     1 The defendant is out of custody.

     2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon defense counsel's need to review the voluminous and complex discovery that has been provided in this case.

     3. Counsel for the defense believes that the exclusion of time is in his client's best

interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from May 19, 2005 to July 28, 2005, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets an appearance date before the Honorable Martin J. Jenkins of July 28, 2005 at 2:00 p.m. for change of plea or trial setting; and (2) orders that the period from May 19, 2005 to July 28, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: 5-31-05

TODD BEQUETTE
Attorney for Defendant

DATED: 05-20-05

KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 6/8/2005      /s/
MARTIN J. JENKINS
United States District Judge

APPROVED
Judge Martin J. Jenkins

2