Case 4:05-cr-00231-MJJ   Document 12   Filed 08/10/05   Page 1 of 2
Case 4:05-cr-00231-MJJ   Document 11   Filed 08/03/05   Page 1 of 2
510-763-3322          p.

1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2

    EUMI L. CHOI (WVBN 0722)
3   Chief, Criminal Division

4   KIRSTIN M. AULT (CSBN 206052)
    Assistant United States Attorney

5

6   1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3705
7   Fax: (510) 637-3724

8   Attorneys for Plaintiff

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

    UNITED STATES OF AMERICA,        )   No.   CR 05-00231 MJJ
                                     )
13          Plaintiff,               )   STIPULATION AND [PROPOSED]
                                     )   ORDER EXCLUDING TIME FROM
14      v.                           )   AUGUST 3, 2005 TO AUGUST 19, 2005
                                     )   FROM THE SPEEDY TRIAL ACT
15   RYAN CARROLL,                   )   CALCULATION (18 U.S.C. §
                                     )   3161(h)(8)(A))
16          Defendant.               )
                                     )
17   _____ )

18

19          With the agreement of the parties, and with the consent of the defendant, the Court enters

20   this order scheduling continuing the appearance date in this matter from August 3, 2005 to

21   August 19, 2005 at 2:30 p.m. before the Honorable Martin J. Jenkins in Oakland, California, for

22   change of plea, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §

23   3161(b), from August 3, 2005 to August 19, 2005. The parties agree, and the Court finds and

24   holds, as follows:

25          1. The defendant is out of custody.

26          2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon

27   the unavailability of defense counsel and the need for continuity of counsel. Defense counsel is

28   experiencing a family emergency and will be unable to consult with his client during the

1    excluded time.

2         3.   Counsel for the defense believes that the exclusion of time is in his client's best

3    interest.

4         4.   Given these circumstances, the Court finds that the ends of justice served by excluding

5    the period from August 3, 2005 to August 19, 2005, outweigh the best interest of the public and

6    the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

7         5.   Accordingly, and with the consent of the defendant, the Court (1) continues the

8    appearance date of August 3, 2005 before the Honorable Martin J. Jenkins to August 19, 2005 at

9    2:30 p.m. for change of plea in Oakland, California; and (2) orders that the period from August 3,

10   2005 to August 19, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. §

11   3161(h)(8)(A) & (B)(iv).

12

     STIPULATED:

14

15   DATED:  8/3/05
                                    _____
16                                  TODD BEQUETTE
                                    Attorney for Defendant
17

18   DATED:  8/3/05
                                    _____
19                                  KIRSTIN M. AULT
                                    Assistant United States Attorney
20

21   IT IS SO ORDERED.

22
                                    _____
     DATED:  8/10/2005
                                    MARTIN J. JENKINS
24                                  United States District Judge

25

26

27

28

                                    2