```
 1  KEVIN V. RYAN (CABN 118321)
    United States Attorney
 2
    MARK L. KROTOSKI (CABN 138549)
 3  Chief, Criminal Division

 4  KIRSTIN M. AULT (CABN 206052)
    Assistant United States Attorney
 5
       450 Golden Gate Ave., Box 36055
 6     San Francisco, California 94612
       Telephone: (415) 436-7151
 7     Facsimile: (415) 436-7234

 8  Attorneys for Plaintiff
```

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 05-00231 MJJ |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING DATE FOR |
| v. ) | RESTITUTION HEARING FROM JUNE 2, |
| ) | 2006 TO JUNE 8, 2006 |
| RYAN TROY CARROLL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On March 24, 2006, the Court sentenced the defendant in this matter. At that time, the Court ordered that a hearing would be held on June 2, 2006 to determine the amount of restitution owed to the victims. The parties anticipate that they will not be prepared to resolve the issue of restitution by the June 2, 2006 date and respectfully request that the restitution hearing be continued to June 8, 2006 at 2:00 p.m. before the Honorable Martin J. Jenkins in San Francisco, California.

STIPULATED:

DATED:_____                    _____/S/_____
                                          TODD BEQUETTE
                                          Attorney for Defendant Carroll

DATED:_____             /S/  
                                        KIRSTIN M. AULT  
                                        Assistant United States Attorney

### ORDER

For the above-stated reasons and for good cause shown, it is hereby ORDERED that the restitution hearing for Ryan Troy Carroll in the above-captioned matter shall be continued to Thursday, June 8, 2006, at 2:00 p.m. in this Court's San Francisco courtroom.

IT IS SO ORDERED.

DATED: 5/23/2006                       _____  
                                        MARTIN J. JENKINS  
                                        United States District Judge