# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 05-00231 MJJ |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER MODIFYING DEFENDANT'S SENTENCE FROM 12 MONTHS TO 12 MONTHS AND ONE DAY |
| vs. | ) |
| RYAN CARROLL, | ) |
| Defendant. | ) |

Defendant admitted the crime of Theft of Firearms, in violation of 18 U.S.C. section 922(u), and was sentenced, inter alia, to a term of 12 months in prison. The parties stipulate and request that said sentence be modified to a term of 12 months and one day in prison.

SO STIPULATED.

Date: 3-14-07

Todd Bequette
Counsel for Mr. Carroll

Date: 3-14-07

Kirstin Ault
Assistant United States Attorney

## ORDER

For good cause shown, it is HEREBY ORDERED defendant Ryan Carroll's sentence be modified from 12 months to 12 months and one day.

IT IS SO ORDERED
Date: 3/15/2007

Martin J. Jenkins

United States District Judge

1